UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 19-00873 AG (KESx) | Date | May 22, 2019 |
|---|---|---|---|
| Title | JAN P. WEIR ET AL. V. WELLS FARGO BANK, N.A. ET AL. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Melissa Kunig/Rolls Royce Paschal | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:** **[IN CHAMBERS] ORDER TO SHOW CAUSE CONCERNING SUBJECT MATTER JURISDICTION**

The Court is concerned about whether it has jurisdiction over this case. The Court thus ORDERS all parties to appear at a hearing on **June 3, 2019 at 9:00 A.M.** to show cause why this case should not be dismissed for lack of jurisdiction. The parties should be prepared to discuss all circumstances surrounding this case, including whether Defendant Barrett Daffin Frappier Treder & Weiss LLP was correctly named as a nominal defendant in this matter.

: 0

Initials of Preparer   mku/rrp