**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

JAN P. WEIR, an Individual;
PATRICIA A. WEIR, an Individual,

Plaintiffs,

v.

WELLS FARGO BANK, N.A., a
National Association; BARRETT
DAFFIN FRAPPIER TREDER &
WEISS, LLP, a Limited Liability
Partnership; and DOES 1 through
100; Inclusive,

Defendants.

Case No. 8:19-cv-00873-AG-KES

Judge: Honorable Andrew J. Guilford
Courtroom: 1 0D

**ORDER.**

[Fed.R.Civ.P. 41(a)(1)(A)(i)]

Date Action Filed: April 4, 2019 Date
Action Removed: May 9, 2019 Trial
Date: Not Yet Set

- 1 -

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORDS:

PLEASE TAKE NOTICE THAT pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs JAN P. WEIR and PATRICIA A. WEIR, voluntarily dismisses the above-captioned action without prejudice.

DATED: July 5, 2019                    MCFARLIN LLP


                              By:    /s/ Timothy G. McFarlin
                                     _____

                                     Timothy G. McFarlin
                                     Attorneys for Plaintiffs
                                     JAN P. WEIR and PATRICIA A.
                                     WEIR

1

**ORDER**

2      Upon request of Plaintiffs and good cause appearing.

3      IT IS HEREBY ORDERED that this action be and hereby is dismissed

4  without prejudice in its entirety.

5

6  IT IS SO ORDERED.

7

8  DATED:  July 15, 2019      _____

9                             UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28